**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6198

ROBERT T. SINES,

Plaintiff - Appellant,

versus

ROBERT URHEN; DOCTOR JAGUST; MEDICAL AND
NURSING STAFF AT AVERY MITCHELL CORRECTIONAL
INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-04-221)

Submitted: May 31, 2005                 Decided: June 20, 2005

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert T. Sines, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert T. Sines appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Sines' motion for appointment of counsel and motions to add a party, and we affirm on the grounds that he has failed to state a claim upon which relief may be granted. See Sines v. Urhen, No. CA-04-221 (W.D.N.C. Dec. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED